UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL NO. 07-227-FJP-CN |
| JOHN FITZGERALD WASHINGTON | : |

## FINAL ORDER OF FORFEITURE

WHEREAS defendant John Fitzgerald Washington has been convicted of conspiracy to produce and use counterfeit access devices, to commit mail fraud, and to commit wire fraud as alleged in the Bill of Information; and

WHEREAS, on February 6, 2008, defendant entered into a Plea Agreement with the United States in which he agreed that he had obtained $130,376.75 in proceeds from the offense of conviction; and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $130,376.75 pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $130,376.75 to satisfy the money judgment in whole or in part.

DATED AND SO ORDERED this 28 day of May, 2009, at Baton Rouge, Louisiana.

                                        FRANK J. POLOZOLA
                                        UNITED STATES DISTRICT JUDGE